```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 04 B 24493
   ROBERT HORTON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-8467


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/30/2004 and was confirmed 09/13/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors    .00%.

     The case was paid in full 12/19/2007.
------------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
 NUVELL CREDIT CO LLC       SECURED           6750.00        1369.77        6750.00
 NUVELL CREDIT CO LLC       UNSECURED         5472.29            .00            .00
 ROBERT J ADAMS & ASSOC     REIMBURSEMENT      200.00            .00         200.00
 BANK ONE                   UNSECURED        NOT FILED           .00            .00
 CITY OF CHICAGO PARKING    UNSECURED          300.00            .00            .00
 PREMIER BANCARD CHARTER    UNSECURED          467.63            .00            .00
 ST FRANCIS HOSPITAL        UNSECURED        NOT FILED           .00            .00
 ROBERT J ADAMS & ASSOC     DEBTOR ATTY       2,000.00                       2,000.00
 TOM VAUGHN                 TRUSTEE                                            612.92
 DEBTOR REFUND              REFUND                                              75.31

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
 TRUSTEE              11,008.00

 PRIORITY                                         200.00
 SECURED                                        6,750.00
    INTEREST                                    1,369.77
 UNSECURED                                           .00
 ADMINISTRATIVE                                 2,000.00
 TRUSTEE COMPENSATION                             612.92
 DEBTOR REFUND                                     75.31
                      ---------------       ---------------
 TOTALS               11,008.00                11,008.00
```

              PAGE   1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 24493 ROBERT HORTON

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 24493 ROBERT HORTON